MWG:SR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JUSTIN CHRISTOPHER MOORE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT

(18 U.S.C. § 871)

No. 26-MJ-106

EASTERN DISTRICT OF NEW YORK, SS:

RAFAEL MERCEDES, being duly sworn, deposes and states that he is a Special Agent with the New York Office of the United States Secret Service, duly appointed according to law and acting as such.

On or about May 24, 2026, within the Eastern District of New York and elsewhere, the defendant JUSTIN CHRISTOPHER MOORE knowingly and willfully threatened to take the life of and to inflict bodily harm upon the President of the United States.

(Title 18, United States Code, Section 871)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.     I am a Special Agent with the United States Secret Service ("Secret Service") and have been so employed since 2024. I am currently assigned to the Joint Terrorism

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Task Force in the Secret Service's New York Office.   In this capacity, I conduct investigations involving terrorism and violent extremism.

2.    I am familiar with the facts and circumstances set forth below from my participation in the investigation, my review of the investigative file, and from reports of other law enforcement officers involved in the investigation.

3.    The United States, including the Secret Service, is investigating a series of threatening statements that MOORE has made through the website www.whitehouse.gov. MOORE's threats included threats of violence against the President of the United States and other political figures.

4.    On or about May 24, 2026, MOORE submitted three messages, which are described below, through the "Contact Us" page on the official White House website, https://www.whitehouse.gov/contact/.   Along with each message MOORE also submitted his name, address, email address, and phone number.

5.    The first message MOORE submitted stated: "I am in the process of planning your execution and feel that you must be taken care of. You feel that 1.4 million homeless in america is okay and that reducing subsidies to cause this is okay. You need to be taken out and taken care of at this time. I have plans for reps in the house and one senator to start working on, but I think you are the prime target we need to start with so I'm planning their death and yours."

6.    The second message MOORE submitted stated: "I'm going to kill you on your next public speaking engagement. I will get a gun and put a bullet in your brain. You can count on that fact. You are reprehensible and you need to be put down. I will take care of it in a couple of weeks and kill you Mr. Trump."

2

7.      The third message MOORE submitted stated: "Thanks for supporting the repeal of subsidies for people who need it, I'm going to kill you with a bullet in the brain and slit your throat with a knife. I feel that you are a reprehensible piece of shit, and I need to take care of you. So watch out with your next rally because it will come when you least expect it...and I'm not joking...I will kill you in the coming weeks..."

8.      On or about May 25, 2026, law enforcement agents, including myself, located MOORE outside his residence in Brooklyn, New York.   MOORE was walking back-and-forth outside his apartment building when other agents and I approached him and asked if they could speak with him.   MOORE was not placed under arrest at this time.   During the encounter, I stated, in sum and substance: We're here because you made some threats online. You emailed some threats?   Did you do that?   MOORE replied, in sum and substance: Yeah, I did.   MOORE also stated, in sum and substance, that he had made threats against the Vice President and "about 18 reps," i.e., representatives.   I also asked MOORE whether he understood it was illegal to make such threats, to which MOORE replied, in sum and substance: Yeah, I do.   When I asked MOORE if he had planned out his threat to kill the President,

3

MOORE replied, in sum and substance: I haven't started the planning process yet.    Following

this encounter, law enforcement agents, including myself, placed MOORE under arrest.

WHEREFORE, your deponent respectfully requests that that the defendant

JUSTIN CHRISTOPHER MOORE be dealt with according to law.

_____
RAFAEL MERCEDES
Special Agent, United States Secret Service

Sworn to before me this
26th day of May, 2026

4